## JOHNSON v. STATE.

No. 19689.

Court of Criminal Appeals of Texas.

April 13, 1938.

Eli Willis, of Dumas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile while appellant was intoxicated upon a public highway; punishment being eighteen months in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.